# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TADARYL WILLIAMS, ) | 3:08-CV-0459-BES (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | September 16, 2009 |
| ADAM ENDEL, et al., ) | |
| Defendants. ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Defendants have filed a Motion for Leave to Depose Plaintiff, an Incarcerated Person (Doc. #23).  Good cause appearing,

     Defendants' Motion for Leave to Depose Plaintiff, an Incarcerated Person (Doc. #23) is **GRANTED** and Defendants can depose Plaintiff either in person or by telephone. Defendants shall provide Plaintiff a copy of the deposition transcript at Defendants' expense.

     **IT IS SO ORDERED.**

     LANCE S. WILSON, CLERK

     By:   /s/
          Deputy Clerk